District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANJANI RAVI LNU, *et al.*, | No. 2:25-cv-330-JLR |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | Noted for: April 23, 2025 |
| Defendants. | |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until September 15, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to adjudicate Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is currently due on April 25, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel,

1  and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

2  With additional time, this case may be resolved without the need of further judicial
3  intervention. U.S. Citizenship and Immigration Services ("USCIS") has indicated that it is
4  reviewing Plaintiffs' Form I-485 applications and may be able to be issue a final decision shortly.
5  Therefore, the parties believe good cause exists to stay these proceedings to save the parties and
6  this Court from spending unnecessary time and judicial resources on this matter.

7  Accordingly, the parties request that the Court hold the case, including all interim deadlines,
8  in abeyance until September 15, 2025. If this case is not resolved, the parties will submit a proposed
9  briefing schedule by September 15, 2025.

10 Dated: April 23, 2025                                        Respectfully submitted,

11

12 *s/ Jennifer Nimer*                                          TEAL LUTHY MILLER
   JENNIFER NIMER (61962)                                      Acting United States Attorney
13 Nimer Law LLC
   6500 Emerald Parkway, Suite 100                             *s/ Kristen R. Vogel*
14 Dublin, Ohio 43016                                          KRISTEN R. VOGEL (NY NO. 519664)
   Phone: 614-927-0550                                         Assistant United States Attorney
15 Email: jnimer@nimerlaw.com                                  United States Attorney's Office
                                                               700 Stewart Street, Suite 5220
16 *s/ Ronen Sarraf*                                           Seattle, Washington 98101-1271
   RONEN SARRAF (Admitted *pro hac vice*)                      Phone: 206-553-7970
17 Sarraf Gentile LLP                                          Email: Kristen.Vogel@usdoj.gov
   10 Bond Street, Suite 212
18 Great Neck, New York 11021                                  *Attorneys for Defendants*
   Phone: 516-699-8890
19 Email: ronen@sarrafgentile.com

20 *Attorneys for Plaintiffs*

21 *I certify that this memorandum contains 262
   words, in compliance with the Local Civil
22 Rules.*

23

24

**[PROPOSED] ORDER**

The case, including all interim deadlines, is held in abeyance until September 15, 2025. The parties shall submit a status report on or before September 15, 2025. It is so **ORDERED**.

DATED this 24th day of April, 2025.

_____
JAMES L. ROBART
United States District Judge